B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT Northern District of Georgia | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Innovative Candy Concepts, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **The Hammer Corporation** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **04-3628425** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **3765 Atlanta Industrial Drive NW Suite A, Atlanta, GA**                 ZIP CODE **30331** | Street Address of Joint Debtor (No. and Street, City, and State):                 ZIP CODE |
| County of Residence or of the Principal Place of Business: **Fulton County, Georgia** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                 ZIP CODE | Mailing Address of Joint Debtor (if different from street address):                 ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                 ZIP CODE | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br>**Manufacturing candy** | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☑ Chapter 11        Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                    Nonmain Proceeding |
| | **Tax-Exempt Entity** (Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☑ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (4/10)                                                                                        Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)** | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)** | | |
|---|---|---|
| Name of Debtor:  **The Hammer Corporation** | Case Number: | Date Filed: |
| District:  **Northern District of Georgia** | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br>Vincent J. Restauri, Jr.<br>Printed Name of Attorney for Debtor(s)<br>Law Offices of Vincent Restauri<br>Firm Name<br>P.O. Box 1806, Cranberry Township PA 16066<br>Address<br>412.427.5914<br>Telephone Number<br>11/10/2010<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>Armand J. Hammer<br>Printed Name of Authorized Individual<br>President/Member/Manager<br>Title of Authorized Individual<br>11/10/2010<br>Date | _____<br>Address<br><br>X _____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

MACEY, WILENSKY, KESSLER & HENNINGS, LLC
Co-Counsel for Debtor

By: _____
   Frank B. Wilensky, GA Bar No. 758700
   230 Peachtree street, NW, Atlanta, GA 30303-1561
   (404) 584-1200; fwilensky@maceywilensky.com

B 1C (Official Form 1, Exhibit C) (9/01)

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

# UNITED STATES BANKRUPTCY COURT

· Northern District of Georgia

In re    Innovative Candy Concepts, LLC_____ ,    )    Case No. _____

Debtor                          )

                                )

                                )    Chapter    11_____

## EXHIBIT "C" TO VOLUNTARY PETITION

1.  Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

NONE

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

## RESOLUTION OF THE SOLE MEMBER OF
## INNOVATIVE CANDY CONCEPTS, LLC
## AUTHORIZING THE FILING OF
## VOLUNTARY CHAPTER 11 BANKRUPTCY PETITION

WHEREAS, the following entity is the sole member of Innovative Candy Concepts, LLC, (Company), a limited liability company organized and existing under the laws of the State of Georgia:

The Hammer Corporation                 100%, and

WHEREAS, Armand J. Hammer and Terrence F. O'Brien own all the stock in The Hammer Corporation, and are its sole officers and directors, and

WHEREAS, the Company is a member-managed LLC, and

WHEREAS, the following individual is the sole manager of the Company and exercises all the rights, powers and duties of a single-person board of directors:

Armand J. Hammer, and

WHEREAS, The Hammer Corporation, Armand J. Hammer, and Terrence F. O'Brien waive notice of the meeting at which this Resolution is considered.

NOW, THEREFORE, it is resolved by the member of the Company that:

1. The above Recitals are incorporated by reference verbatim.

2. The Company hereby authorizes the filing of a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code immediately, in the United States Bankruptcy Court for the Northern District of Georgia in Atlanta, by their votes in favor of said filing:

Armand J. Hammer        In Favor _____ [signature]
Terrence F. O'Brien     In Favor _____ [signature]

3. This Resolution shall be placed in the official records of the Company.

**RESOLUTION DULY ADOPTED on November 8, 2010.**

**THE HAMMER CORPORATION, sole member of Innovative Candy Concepts, LLC**

Armand J. Hammer, President, CEO and Chairman of the Board of Directors
Date signed: November 8, 2010

Terrence F. O'Brien, Secretary
Date signed: November 8, 2010

**SEAL OF INNOVATIVE CANDY CONCEPTS (if available)**

Seal

Seal lost
Terrance F O'Brien - Secretary
F O'Brien

B4 (Official Form4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia

In re   Innovative Candy Concepts, LLC                        ,
                              Debtor

Case No.

Chapter          11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| GRAHAM PACKAGING PRODUCTS, INC. P. O. Box 64510 Baltimore, MD 21264-4510 | Tom Hill GRAHAM PACKAGING PRODUCTS, INC. P. O. Box 64510 Baltimore, MD 21264-4510 901-767-2176 | Trade debt | | 58,343.90 |
| PEACHTREE PACKAGING 770 Marathon Parkway Lawrenceville GA 30046 | Mike Camp PEACHTREE PACKAGING 770 Marathon Parkway Lawrenceville GA 30046 770-822-1304 | Trade debt | | 86,880.96 |
| YRC PO BOX 905587 Charlotte NC 28290 | | Trade debt | | 89,000.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| KOLMAR LABORATORIES 20 WEST KING STREET PO BOX 1111 PORT JERVIS NY 12771 | Richard Polifrani Kolmar Laboratories 20 West King Street PO Box 1111 Port Jervis, NY 12771 845-856-5311 | Trade debt | | 89,127.36 |
| SILGAN PLASTICS CORP 1858 MECA WAY NORCROSS  GA 30093 | Kyle Migdal SILGAN PLASTICS CORP 1858 MECA WAY NORCROSS GA  30093 314-542-9223 | Trade debt | | 93,327.85 |
| AMERICAN EXPRESS - #11008 World Financial Center 200 Vessey Street New York  NY 10285 | Willy Dunham AMERICAN EXPRESS - #11008 World Financial Center 200 Vessey Street New York  NY 10285 1-866-585-2639 | Trade debt | | 100,135.10 |
| OLAN de MEXICO CALLE 3 #200 NAUCALPAN EDO. DE MEX MEXICO CP  53569 | Israel Olegnowicz OLAN de MEXICO CALLE 3 #200 NAUCALPAN EDO. DE MEX MEXICOCP53569 434-760-0536 | Trade debt | | 101,830.00 |
| GEOPHARMA, INC. 6950 BRYAN DAIRY ROAD LARGO  FL 33777 | Carol Dore-Falcone GEOPHARMA, INC. 6950 BRYAN DAIRY ROAD LARGOFL 33777 727-544-8866 | Trade debt | | 111,090.11 |
| MCLANE CENTRAL LANCE SMITH 4747 MCLANE PKWY Temple  TX  76504 | Bill Walker MCLANE CENTRAL LANCE SMITH 4747 MCLANE PKWY Temple  TX  76504 254-771-7514 | Trade debt | | 123,000.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| INNOVATIVE HEALTHCARE (NEXGEN) 6950 Bryan Dairy Road Largo FL 33777 | Victoria Travers INNOVATIVE HEALTHCARE (NEXGEN) 6950 Bryan Dairy Road LargoFL33777 800-654-2347 | Trade debt | | 135,802.76 |
| EXETER 3765 ATL IND LLC Exeter Property Group 2260 Butler Pike, STE 200 Plymouth Meeting PA 19462 | Tim Weber EXETER 3765 ATL IND LLC Exeter Property Group 2260 Butler Pike, STE 200 Plymouth MeetingPA19462 610-639-5926 | RENT | | 161,065.92 |
| FULTON COUNTY TAX COMMISSIONER 141 PRYOR ST. S.W., STE 1085 Atlanta GA 30303-3487 | Arthur E. Ferdinand FULTON COUNTY TAX COMMISSIONER 141 PRYOR ST. S.W., STE 1085 AtlantaGA30303-3487 404-730-6100 | TAX | | 196,234.35 |
| INTERNATIONAL ACCTING SVCS INC Arminak & Asscociates 1350 Mountain View Circle Azusz CA 91702 | Helga Arminak INTERNATIONAL ACCTING SVCS INC Arminak & Asscociates 1350 Mountain View Circle AzuszCA91702 626-358-4804 | Trade debt | | 236,959.29 |
| CCL Tubes - Wilkes-Barre 36921 Treasury Center CHICAGO IL 60694-6900 | | Trade debt | | 252,115.25 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [If secured also state value of security] |
|---|---|---|---|---|
| NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. 1330 LADY STREET KEENAN BLDG. 3RD FLOOR COLUMBIA SC 29201 | Teresa Raulerson NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. 1330 LADY STREET KEENAN BLDG. 3RD FLOOR COLUMBIA SC 29201  803-255-9285 | Professional Services | | 282,464.09 |
| EMSAR INCORPORATED 125 Access Road Stratford CT 06615 | | Trade debt | Disputed | 336,015.82 |
| Bruce Plastics 4100 Steubenville Pike Pittsburgh PA 15205-0547 | | Trade debt | Disputed Setoff | 441,438.08 |
| COLBERT PACKAGING 28355 N BRADLEY RD Lake Forest IL 60045 | Kraig Lang 28355 N BRADLEY RD Lake Forest IL 60045  T: 847-367-5990 | Trade debt | | 474,939.54 |
| FLAVOR MATERIALS 10 D ENGELHARD AVENUE AVENEL NJ 07001 | MARIO NATALE FLAVOR MATERIALS 10 D ENGELHARD AVENUE AVENEL NJ 07001  732-499-9700 | Trade debt | | 547,014.38 |
| ACUPAC PACKAGING 55 RAMAPO VALLEY RD MAHWAH, NJ 07430 | Richard Polifrani 55 RAMAPO VALLEY RD MAHWAH NJ 07430  845-856-5311 | Trade debt | | 818,040.91 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date _____November 12, 2010_____

Signature _____ /s/ Armand J. Hammer _____

ARMAND J. HAMMER,
Managing Member/CEO & Pres. of Sole Member
Corp.

ABLE TOOL RENTAL & MAIN
EVENT PARTY
3360 Fairburn Rd
Douglasville, GA 30135


ACUPAC PACKAGING
55 RAMAPO VALLEY RD
MAHWAH, NJ 07430


ADVANCED TECHNOLOGY
PHARMACEUTICAL CORP.
1870 FENCE ROAD
DACULA, GA 30019

ADT SECURITY SERVICES, INC.
P.O. BOX 371967
PITTSBURGH, PA 15250-7967


AETNA HEALTH INC. - GEORGIA
P. O. Box 0854
Carol Stream, IL 60132-0854


AFLAC
Attn:  Remittance Processing
1932 Wynnton Road
Columbus, GA 31993-8601


ALLIED WASTE SERVICES #800
ATLANTA, GEORGIA-LAWRENCEVILLE
P O BOX 9001099
LOUISVILLE, KY 40290-1099


AMERICAN ACCESSORIES
7804 SEARS BLVD
PENSACOLA, FL 32514

AMERICAN EXPRESS - #11008
CORPORATE ACCOUNT
P. O. BOX 650448
Dallas, TX 75265-0448


American Packaging
Capital, Inc.
P O Box 77077
Minneapolis, MN 55480-7777


American Wholesale Marketers A
2750 PROSPERITY AVENUE
SUITE 530
Fairfax, VA 22031


ANDREW/LEE COMMUNICATIONS
PO BOX 30520
TUCSON, AZ 85751


APPLIED INDUSTRIAL TECHNOLOGIES
ACCT #2404883
22510 NETWORK PLACE
CHICAGO, IL 60673-1225


ARROWHEAD PRINTING
487 ARROWHEAD BOULEVARD
JONESBORO, GA 30236

ARROWHEAD LOCK & SAFE, INC.
2211 MARIETTA BLVD, NW
ATLANTA, GA 30318


AT & T
PO Box 105262
Atlanta, GA 30348-5262


AT & T
PO BOX 5019

CAROL STREAM, IL 60197-5019


AT & T
PO BOX 5019
CAROL STREAM, IL 60197-5019


AT & T LONG DISTANCE SERVICE
P.O. BOX 52187
PHOENIX, AZ 85072-2187


Atkinson Crawford Sales Co Inc
Attn: Ellen Russell
11999 Plano Road, Ste 110
Dallas, TX 75243


AUTO ZONE
MARK LANDREY/LIBERTY DISTRIBUT
290 EAST EL PRADO COURT
CHANDLER, AZ 85225


AXON CORPORATION
3080 BUSINESS PARK DRIVE
SUITE 103
RALEIGH, NC 27610


Bailey, Mitzi
1783 Nathan Lane
Austell, GA 30168


Bailey, Sharon
230 Kyle Springs Lane
Jonesboro, GA 30238


BAIN STAFFING SERVICE
P.O. BOX 724678
ATLANTA, GA 31139


Balboa Capital - Fidelity Cap A Mac
LEASE #118607-000

PO BOX 79018
CITY OF INDUSTRY, CA 91716-9018


BANK OF AMERICA
BUSINESS CARD
PO Box 15710
WILMINGTON, DE 19886-5710


BATSON & ASSOCIATES
6174 CENTRE PARK DRIVE
WEST CHESTER, OH 45069


BBF INTEGRATED SOLUTIONS
PO BOX 250
PINELLAS PARK, FL 33780-0250

BELMARK,INC
600 HERITAGE ROAD
PO 5310
DEPERE, WI 54115-5310


BELMONT FX
1201 S Highland Ave
Unit 7
Clearwater, FL 33756


BENNETT/THRASHER & CO
3625 Cumberland Blvd
Suite 1000
Atlanta, GA 30339-6403


BERN CORP
4270 LEE AVE
Gurnee, IL 60031


Blake & Pendleton, Inc.
PO BOX 26704

TAMPA, FL 33623-6704


BLOCKBUSTER
ATTENTION: LASHEY DAWKINS
1201 ELM STREET, SUITE 21
Dallas, TX 75270


BOA Leasing
LEASE ADMINISTRATION CENTER
P. O. Box 371992
PITTSBURGH, PA 15250-7992


BRIGGS EQUIPMENT
Acct #307948
Lock Box 841272
Dallas, TX 75284-1272

Brooks, Bo
217 Oak Landing Circle
Douglasville, GA 30134


BROOKS LAW FIRM
3725 BLACKHAWK ROAD, SUITE 200
ROCK ISLAND, IL 61201

Brown, Bonnie
5985 Azalea Ridge Dr.
Douglasville, GA 30135


BRUCE PLASTICS
4100 Steubenville Pike
Pittsburgh, PA 15205-0547

Burden, Frank
7789 Providence Point Way
Lithonia, GA 30058

Business & Legal Reports
141 Mill Rock Road East
Old Saybrook, CT 06475


CCI
P.O. BOX 1935
WOODSTOCK, GA 30189


CCL Tubes - Wilkes-Barre
36921 Tresury Center
CHICAGO, IL 60694-6900


CCS LABELS
307 MCCARTER ROAD
PO BOX 1334
FOUNTAIN INN, SC 29644


CHAMPION LOGISTICS GROUP
200 Champion Ways
Northlake, IL 60164


CHASE TECHNICAL
P.O. BOX 534501
ATLANTA, GA 30353-4501


CHEMINS COMPANY
ATTN: DAVE ADAMS
PO BOX 2498
Colorado Springs, CO 80906


Chemins Company
PO Box 2498
Colorado Springs, CO 80906


CHIEF MEDIA, LLC
875 Sixth Avenue

Suite 1100
New York, NY 10001


CIT Technology
21146 Network Place
Chicago, IL 60673-1211


CIT TECHNOLOGY FINANCING SVCS
21146 Network Place
Chicago, IL 60673-1211


City Of Atlanta
Municipal Revenue Collector
P.O. BOX 740560
ATLANTA, GA 30374-0560


CLEARPAK, INC
623 BAYVIEW DR
EAGLESWOOD, NJ 08092


CLUB MARKETING SVCS
411 E Highway 67
PO Box 381146
Duncanville, TX 75138


Coco, Adam
2606 Brookwest Lane
Marietta, GA 30064


Coco, Frank
1513 Briarfield Way
Marietta, GA 30066


CO-SALES (AZ)
Central Park Forest
2700 N Third St  Ste 1000
PHOENIX, AZ 85004

CO-SALES (CO)
#61 INVERNESS DRIVE EAST
SUITE 108
ENGLEWOOD, CO 80112


CO-SALES (UT2)
2265 South 1300 West
Suite C
Salt Lake City, UT 84119


COLBERT PACKAGING
28355 N BRADLEY RD
Lake Forste, IL 60045


COLE PARMER INSTRUMENT COMPANY
ACCT #: 517830-01
13927 COLLECTIONS CTR DR
CHICAGO, IL 60693


COLORCRAFT LABEL
P O BOX 1000, DEPT #455
MEMPHIS, TN 38148-0455


CONCENTRA MEDICAL CENTERS
OCCUPATIONAL HEALTH CENTERS
PO BOX 82730
HAPEVILLE, GA 30354-0730


CONTINENTAL CONCESSIONS
Attn: Matthew Exline
250 Fulton Ave
New Hyde Park, NY 11040


CONVENIENCE STORE DECISIONS
1991 Crocker Rd
Ste 200
Westlake, OH 44145

CPC AQUISITION  LLC
1847 Momentum Place
Chicago, IL 60689-5318


CRAWFORD & COMPANY
PO BOX 404579
ATLANTA, GA 30384-4579


CRYSTAL SPRINGS WATER CO
PO BOX 660579
DALLAS, TX 75266-0579


Davis, Robert
1680 Misty River Run
Roswell, GA 30076


DC POWER
PO BOX 69
AUSTELL, GA 30168


DELL BUSINESS CREDIT
Payment Processing Ctr
PO Box 5275
Carol Stream, IL 60197-5275


DELL COMMERCIAL CREDIT
DEPT. 50-0059319205
P.O. BOX 9020
DES MOINES, IA 50368-9020


Dept of Health&Human Svcs, FDA
DFM, Accting Branch, HFA-120
5600 Fishers Lane, Rm 11-92
Rockville, MD 20857


DIAGRAPH MARKING & CODING
ACCT #210326
75 REMITTANCE DR, STE 1234

CHICAGO, IL 60675-1234


DISTRIBUTION CHANNELS AWMA
2570 PROSPERITY AVENUE
SUITE 530
FAIRFAX, VA 22030


DIVERSIFIED SOURCING SOLUTIONS
P. O. Box 41047
Baton Rouge, LA 70835


DUN & BRADSTREET
75 Remittance Drive
Suite 1793
Chicago, IL 60675-1793

E.A. BERG & SONS, INC.
9 BROOK AVENUE
P.O. Box 1187
MAYWOOD, NJ 07607-7187


ECRM  EFFICIENT CONSUMER
27070 MILES ROAD
SUITE A
SOLON, OH 44139


EFD
ACCT # 1083175
21076 NETWORK PLACE
CHICAGO, IL 60673-1210


E.J. POPE & SON, INC
Attn:  Marketing
PO Drawer 649
Mt. Olive, NC 28365



EMPLOYERS ASSURANCE CO.

P O Box 53092
Phoenix, AZ 85072-3092


EMSAR INCORPORATED
125 Access Road
Stratford, CT 06615


ENRIQUE ZARATE PINEDO
Jerez #32
Col. Insurgentes Mixoac, MEXICO  D.F. 0

ERNST TIMING SCREW CO.
1534 BRIDGEWATER RD
BENSALEM, PA 19020


EVERS HEILIG INC.
ATTN: ANDY O'BRIEN
2236-F BLUEMOUND RD.
Waukesha, WI 53186


EXECUTIVE FOOD & BEVERAGE
25 EAST 21ST STREET
NEW YORK, NY 10010


EXETER 3765 ATL IND LLC
Exeter Property Group
2260 Butler Pike, STE 200
Plymouth Meeting, PA 19462


FEDERAL EXPRESS CORP.
P.O. BOX 94515
PALATINE, IL 60094-4515


FLAT IRON CAPITAL
DEPT 2195
Denver, CO 80217-2195


FLAVOR MATERIALS

```
ATTN:  MARIO NATALE
10 D ENGELHARD AVENUE
AVENEL, NJ 07001


FRED'S
4300 New Getwell Rd
PO Box 18356
Memphis, TN 38181-0356


FULTON COUNTY TAX COMMISSIONER
AUTHUR E. FERDINAND
141 PRYOR ST. S.W., STE 1085
Atlanta, GA 30303-3487


GARDEN STATE NUTRITIONALS
8 Henderson Drive
West Caldwell, NJ 07006


GENFLEX LABELING SOLUTIONS
3601 SOUTHSIDE INDUSTRIAL PKWY
ATLANTA, GA 30354


GEOPHARMA, INC.
6950 BRYAN DAIRY ROAD
LARGO, FL 33777


GEORGIA DEPARTMENT OF REVENUE
Sales and Use Tax
P.O. Box 105408
Atlanta, GA 30348-5408


Georgia Dept of Agriculture
19 MARTIN LUTHER KING JR DR
ROOM 306
ATLANTA, GA 30334-4201


GEORGIA NATURAL GAS SERVICES
PO BOX 1054445
```

ATLANTA, GA 30348-5445


GLOBAL INDUSTRIAL
ACCT # 509857
PO BOX 100090
Buford, GA 30515


GORDON & REES, LLP
275 Battery Street
20th Floor
San Francisco, CA 94111


GO TECHNOLOGY MNGMT
795 Hammond Dr.
Ste 613
Atlanta, GA 30328


GRAINGER
DEPT 865300594
PALATINE, IL 60038-0001


GreatAmerica Leasing Corp.
PO Box 660831
Dallas, TX 75266-0831


Grocery Headquarters
MacFadden Grocery Headquarters
333 Seventh Avenue
New York, NY 10001


Harrison, Kermit
4587-G Valley Parkway
Smyrna, GA 30082


HEALTH EDUCATION, INC
123 Grand Avenue
Suwanee, GA 30024

HENRY PAK INC.
P.O. BOX 941
211 Old Laurens Rd.
SIMPSONVILLE, SC 29681


HESS CORPORATION
PO Box 905216
Charlotte, NC 28290-5216


Hire Profile
2225 Laurel Mill Way
Roswell, GA 30076-2323


HOME DEPOT CREDIT SERVICES
Dept 32-2502032414
P. O. BOX 9055
Des Moines,, IA 50368-9055


HP
PO Box 101149
Atlanta, GA 30392


Huffstetler, Aaron
2216 Newnan St.
East Point, GA 30344


HYMAN, PHELPS & MCNAMARA
700 13TH STREET, N.W.
SUITE 1200
WASHINGTON, D.C., 20005



ION LABS, INC
5459 - 115TH AVE N
Clearwater, FL 33760


IKON FINANCIAL SERVICES
P.O. BOX 740540
ATLANTA, GA 30374-0540

IKON OFFICE SOLUTIONS
P O BOX 532530
SOUTHEAST DISTRICT
ATLANTA, GA 30353-2530

INDUSTRIAL FUMIGANT COMPANY
PO BOX 844290
Dallas, TX 75284-4290

INDUSTRIAL PACKAGING CORP.
PO BOX 932791
ATLANTA, GA 31193-2791

INDUSTRIAL TRANSPORTATION
CONSULTANTS, INC.
PO Box 1319
Douglasville, GA 30133

INFOACCESS.NET LLC
PO Box 72407
Cleveland, OH 44192-0407

INKJET
ACCT #: 110246
PO BOX 847501
DALLAS, TX 75284-7501

INNOVATIVE HEALTHCARE (NEXGEN)
6950 Bryan Dairy Road
Largo, FL 33777

INTERNATIONAL ACCTING SVCS INC
Arminak & Asscociates
1350 Mountain View Circle
Azusz, CA 91702

K2B ENTERPRISES, LLC
1101 E Lincoln Hwy

Exton, PA 19341


KMART CORPORATION
12670 Collections Center Drive
Chicago, IL 60695

KRAMEDJIAN(Hammer) ARMAND, J.
1892 Fox Chapel Drive
Smyrna, GA 30080


KRAMEDJIAN, RUTH
1892 Fox Chapel Drive
Smyrna, GA 30080


KOLMAR LABORATORIES
20 WEST KING STREET
PO BOX 1111
PORT JERVIS, NY 12771

LASHLEY, COHEN & ASSSOCIATES
1800 CEDARDS RD
SUITE 102
Lawrenceville, GA 30045


Leaf Funding
PO Box 643172
Cincinnati, OH 45264-3172


LEAF FUNDING INC
PO Box 643172
Cincinnati, OH 45264-3172


LINCOLN NATIONAL
LIFE INSURANCE COMPANY
PO Box 0821
Carol Stream, IL 60132-0821

LINCOLN RETIREMENT FINANCIAL
SERVICES - 401 (k) OPERATIONS
PO Box 2248
Fort Wayne, IN 46801-2248


Loadman, Eric
4298 Old Douglasville Rd.
Lithia Springs, GA 30122


LSQ
1403 West Colonial Dr.
Suite B
Orlando, FL 32804


MARLIN LEASING
PO Box 13604
Philadelphia, PA 19101-3604


Marlin Leasing
PO Box 13604
Philadelphia, PA 19101-3604


MARSH VILLAGE PANTRY
ATTN:  Kent Raphel
9800 Crosspoint Blvd
Indianapolis, IN 46256


MARTIN MCCOLL
ASHWELLS RD
BRENTWOOD, ESSEX CM15 9ST


MAVERIK COUNTY STORES
ATTN: RICH MCKAY
880 WEST CENTER STREET
N. SALT LAKE, UT 84054


McCoy, Yvonne

3355 Lake Valley Way
Douglasville, GA 30135


MCD INC.
QUICKSTRIP
2547 PROGRESS RD
MADISON, WI 53716

McDuffie, Brenda
4033 Cindy Dr.
Douglasville, GA 30135


MCGUIREWOODS LLP
625 LIBERTY AVE, 23RD FLOOR
PITTSBURGH, PA 15222-3142


MCMASTER-CARR
P.O. BOX 7690
CHICAGO, IL 60680-7690


McQuade, Maureen
6266 Wiscasset Pkwy
Dallas, GA 30157


MDR SALES
2100 OAK VILLAGE LANE
LAWRENCEVILLE, GA 30043


MILLWOOD INC
P.O. Box 960
Vienna, OH 44473-0960


Milner Voice and Data
4000  DeKalb Technology Pkwy.
Suite 340
Atlanta, GA  30340

Morgan, Bob
4102 Hill House Rd.
Smyrna, GA 30082


MULLEN BOX CO
495 BROWN INDUSTRIAL PKWY
SUITE 100
CANTON, GA 30114


NACS
PO Box 34770
Alexandria, VA 22334-0770


NASH FINCH CO. - GMS DIVISION
ATTN: STEVE FREEHAUF
4067 COUNTRY ROAD 130 N
Bellefontaine, OH 43311


NATIONAL CONFECTIONERS ASSOC
1101 30th St. NW
Ste 200
Washington, DC 20007

NELSON MULLINS RILEY & SCARBOROUGH, L.L
1330 LADY STREET
KEENAN BLDG. 3RD FLOOR
COLUMBIA, SC 29201


NSPI
NETWORK SERVICES PLUS, INC
5080 OLD ELLIS POINTE
ROSWELL, GA 30076

O'Brien, Terry
4300 Chimney Lake Dr.
Roswell, GA 30075


OFFICE DEPOT
P O BOX 633211

CINCINNATI, OH 45263-3211


OLAN de MEXICO
CALLE 3 #200
NAUCALPAN EDO. DE MEX
MEXICO, CP 53569


OLD DOMINION FREIGHT LINES
4271 Bowman Industrial Ct
Conley, GA 30288


OWENS-ILLINOIS
5000 S Major Ave
Chicago, IL 60638


PALACE PACKAGING
4102 EDGES MILL ROAD
DOWNINGTOWN, PA 19335

Palmer, John
302 Woodlands Dr SE
Smyrna, GA 30080

PATTERSON MACHINE, INC.
2165 RESCUE ROAD
UNION GROVE, AL 35175


PEACHTREE PACKAGING
770 Marathon Parkway
Lawrenceville, GA 30046


PEACHTREE TECHNOLOGY ASSOC.
330 BELL PARK DRIVE
WOODSTOCK, GA 30188


PEPBOYS AUTO
attn: Michael Martin
3111 W Allegheny Ave
Philadelphia, PA 19132

PERSONNEL CONCEPTS
PO BOX 5750
CAROL STREAM, IL 60197-5750


PITNEY BOWES  - Postage
P.O. BOX 856042
LOUISVILLE, KY 40285-6042


Pitney Bowes Global Financial
P. O. Box 856460
Louisville, KY 40285-6460

PRINTED SPECIALITIES, INC
5200 COLUMBIA DRIVE
CARROLLTON, GA 30117


PREFERRED PERSONNEL SOLUTIONS
440 BARRETT PARKWAY, SUITE 31
Kennesaw, GA 30144


R&L CARRIERS
PO BOX 713153
COLUMBUS, OH 43271-3153

Ramirez, Nancy
124 Iris Glen
Dallas, GA 30157


RANKIN USA
1484 COSTNER SCHOOL RD
PO BOX 1213
DALLAS, NC 28034


REF Leasing
9377 West Grand Ave
Franklin Park, IL 60131

RENAISSANCE MANAGEMENT INC.
2300 WEST PARK PLACE
SUITE 146
STONE MOUNTAIN, GA 30087


REXAM PLASTICS SVCS CO
15242 Collection Center Dr
Chicago, IL 60693

Rice, Denise
644 Windcroft Circle
Acworth, GA 30101



RMDS
ATTN:  TERRY BRIDGES
2704 BOULDERCREST RD
ATLANTA, GA 30316


ROCK-TENN CORRUGATED
4464 SOUTH OLD PEACHTREE ROAD
NORCROSS, GA 30071-0276



SAFEGUARD BUSINESS SYSTEMS INC
P O BOX 88043
Chicago, IL 60680-1043


SHOW COMMUNICATIONS
423 LENNI ROAD
LENNI, PA 19052


SILGAN PLASTICS CORP
1858 MECA WAY
NORCROSS, GA 30093


SILLIKER, INC.
3155 Paysphere Circle

Chicago, IL 60674


SOLUTIONS STAFFING
JT/SG ENTERPRISES INC
1237 DUBLIN RD
COLUMBUS, OHIO 43215


SOUTH FULTON MACHINE WORKS INC
5515 HUNTER ROAD
COLLEGE PARK, GA 30349


TEGRANT CORP
8165 COBB CENTER DRIVE
KENNESAW, GA 30152


THE WILSON LAW FIRM
Ste 3250 Atlanta Plaza
950 E Paces Ferry Rd
Atlanta, GA 30326-1388


TOTAL QUALITY LABELS
ACCT NO.: 2506
4845 CASH ROAD
DALLAS, TX 75247


TRACO MFG.
620 S.1325 WEST
OREM, UT 84058


TRADE DIMENSIONS
55 GREEN FARMS ROAD
WESTPORT, CT 06880


TRUECOMMERCE
12330 PERRY HIGHWAY
WEXFORD, PA 15090

TWIN ENGINES INC
154 Krog St.
Ste. 140
Atlanta, GA 30307

Tyndale, Joann
430 Hickory Fork Court
College Park, GA 30349


ULINE
ACCT # 946663
2200 S LAKESIDE DRIVE
WAUKEGAN, IL 60085


UNITED PARCEL SERVICE
P.O. BOX 7247.0244
PHILADELPHIA, PA 19170-001


US CORRUGATED
PO Box 402021
ATLANTA, GA 30384-2021


VITA-PURE
410 WEST 1ST AVENUE
ROSELLE, NJ 07203


WATERSIDE VENDING
2420 ROCHESTER CT
MIDLOTHIAN, VA 23113-8299


Wal-Mart Stores, Inc /Sam's
C/O Corp Accounting
P.O. Box 500787
St. Louis, MO 63150-0787


WILSON FARMS, INC
1780 Wehrle Drive
Williamsville, NY 14221

XIGENT, LLC
200 Welford Trace
Suite 250
Alpharetta, GA 30004


XPEDX STORES
C/O PNC BANK
PO BOX 677319
DALLAS, TX 75267-7319


YRC
PO BOX 905587
Charlotte, NC 28290


ZEP MANUFACTURING COMPANY
ACCT #C97359
PO  BOX 404628
ATLANTA, GA 30384-4628

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF INNOVATIVE CANDY CONCEPTS, LLC

I, Armand J. Hammer, President of The Hammer Corporation, the sole member of Innovative Candy Concepts, LLC, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Creditor Address Matrix and that it is true and correct to the best of my knowledge, information and belief.

DATE:  November 10, 2010

Signature _____

_____
(Print Name and Title)