**IT IS ORDERED as set forth below:**

**Date: December 16, 2010**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(ATLANTA DIVISION)

| | |
|---|---|
| In re:<br><br>INNOVATIVE CANDY CONCEPTS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 10-94174-WLH |

### ORDER REGARDING POST-PETITION FINANCING

This matter came before this Court on the "Interim Order Authorizing Post Petition Financing and Notice of Final Hearing Regarding Post-Petition Financing" (Docket No. 20; the "Interim Order") wherein this Court directed that a final hearing be held on December 6, 2010 regarding the Debtors' request for post-petition financing which was subsequently continued to December 16, 2010.  Upon request of counsel for the Debtor and the Official Committee of Unsecured Creditors and for good cause shown, the Interim Order shall remain in full and force

-2-

and effect to and through January 17, 2011.  The final hearing, if necessary, is hereby continued to and through a date to be determined by the Court.

**END OF DOCUMENT**

Prepared and presented by:

<u>/s/Henry F. Sewell, Jr.</u>
Henry F. Sewell, Jr.
Georgia Bar No. 636265
McKenna Long & Aldridge LLP
Suite 5300 - 303 Peachtree Street
Atlanta, Georgia 30308
Telephone:  (404) 527-4000
Fax: (404) 527-4198
Email: hsewell@mckennalong.com

*(Proposed counsel to the Official Committee of Unsecured Creditors)*